AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-3262

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Grocery Delivery E-Services USA Inc. C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT was received by me on *(date)* Jun 14, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jim DiVincenzo, Process Specialist, who is designated by law to accept service of process on behalf of *(name of organization)* Grocery Delivery E-Services USA Inc. C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT at 84 STATE STREET, BOSTON, MA 02109 on *(date)* Mon, Jun 16 2025 @ 11:26am ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $55.00.

I declare under penalty of perjury that this information is true.

Date: 06/17/2025

*Server's signature*

WILLIAM H. DEWSNAP, III Process Server and Disinterested Person

*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 16, 2025, 11:26 am EDT at 84 State Street, Boston, MA 02109 received by Jim DiVincenzo, Process Specialist. Age: 65; Ethnicity: Caucasian; Gender: Female; Weight: 170; Height: 5'10"; Hair: Gray;

**Documents Served:** Summons in a Civil Action; Civil Cover Sheet; and Class Action Complaint Jury Trial Demanded