# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Erin Wilson, on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) Grocery Delivery E-Services ) USA Inc. ) ) ) Defendant. ) ) | CIVIL ACTION FILE NO. 1:25-cv-03262-VMC |

## NOTICE OF APPEARANCE OF MICHAEL A. CAPLAN

Pursuant to Northern District of Georgia Local Rule 83.1(D), Michael A. Caplan of Caplan Cobb LLC hereby enters his appearance as counsel on behalf of Defendant Grocery Delivery E-Services USA Inc.

Respectfully submitted this 3rd day of July, 2025.

*/s/ Michael A. Caplan*
Michael A. Caplan
Ga. Bar No. 601039
**CAPLAN COBB LLC**
75 Fourteenth Street NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com

*Counsel for Defendant*
*Grocery Delivery E-Services USA Inc.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this day, I caused a true and correct copy of the foregoing document to be filed with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record. This 3rd day of July, 2025.

>*/s/ Michael A. Caplan*
>Michael A. Caplan
>Ga. Bar No. 601039
>
>*Counsel for Defendant*
>*Grocery Delivery E-Services USA Inc.*