# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Erin Wilson, on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   CIVIL ACTION FILE<br>)   NO. 1:25-cv-03262-VMC |
| Grocery Delivery E-Services USA Inc. | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## ORDER GRANTING JOINT MOTION FOR (1) EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND (2) EXTENSION OF TIME FOR THE PLAINTIFF TO FILE A MOTION FOR CLASS CERTIFICATION

Pursuant to Federal Rule of Civil Procedure 6(b)(1), and for good cause shown, the Court hereby ORDERS that (1) the deadline for Defendant to respond to Plaintiff's Complaint is extended through and including September 5, 2025 and (2) the deadline for Plaintiff to file his motion for class certification is stayed pending entry of a joint proposed Scheduling Order, unless the case is stayed pending arbitration.

IT IS SO ORDERED, this 3rd day of July, 2025.

_____
**VICTORIA M. CALVERT**
**UNITED STATES DISTRICT JUDGE**