# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Erin Wilson, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-03262-VMC |
| Grocery Delivery E-Services USA Inc. d/b/a EveryPlate, | |
| Defendant. | |

## DEFENDANT'S RULE 7.1 CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant Grocery Delivery E-Services USA Inc. d/b/a EveryPlate hereby states the following:

1. The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   **a.** **Plaintiff:** Erin Wilson, an individual.

   **b.** **Defendant:** Grocery Delivery E-Services USA Inc. d/b/a EveryPlate, a non-governmental corporate party, discloses that its parent corporation is HelloFresh SE. HelloFresh SE does not

have a parent corporation, and no publicly held corporation owns 10% or more of HelloFresh SE's stock.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

- HelloFresh SE

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this case:

    a. **Plaintiff:**

        i. Anthony I. Paronich, Paronich Law, P.C.

        ii. Valerie Lorraine Chinn, Chinn Law Firm, LLC

    b. **Defendant:**

        i. Ari N. Rothman, Venable LLP

        ii. Shahin O. Rothermel, Venable LLP

        iii. Michael A. Caplan, Caplan Cobb LLC

        iv. Jarred A. Klorfein, Caplan Cobb LLC

[*signature on following page*]

Respectfully submitted this 5th day of September, 2025.

                                            */s/ Jarred A. Klorfein*
                                            Michael A. Caplan
                                            Georgia Bar No. 601039
                                            Jarred A. Klorfein
                                            Georgia Bar No. 562965
                                            **CAPLAN COBB LLC**
                                            75 Fourteenth Street, NE, Suite 2700
                                            Atlanta, Georgia 30309
                                            Tel: (404) 596-5600
                                            Fax: (404) 596-5604
                                            mcaplan@caplancobb.com
                                            jklorfein@caplancobb.com

                                            Ari N. Rothman *(pro hac vice)*
                                            Shahin O. Rothermel *(pro hac vice forthcoming)*
                                            **VENABLE LLP**
                                            600 Massachusetts Avenue, NW
                                            Washington, DC 20001
                                            Tel: (202) 344-4000
                                            Fax: (202) 344-8300
                                            anrothman@venable.com
                                            sorothermel@venable.com

                                            *Counsel for Defendant*
                                            *Grocery Delivery E-Services USA Inc.*
                                            *d/b/a EveryPlate*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this day, I caused a true and correct copy of the foregoing document to be filed with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

This 5th day of September, 2025.

>*/s/ Jarred A. Klorfein*
>Jarred A. Klorfein
>Georgia Bar No. 562965
>
>*Counsel for Defendant*
>*Grocery Delivery E-Services USA Inc.*
>*d/b/a EveryPlate*