IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON *individually and on behalf of others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> GROCERY DELIVERY E-SERVICES USA INC. *doing business as* EveryPlate, <br><br> Defendant. | Civil Action No. 1:25-cv-03262-VMC |

**SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan ("JPRDP") form completed and filed by the Parties, and after consulting with the Parties' attorneys at a scheduling conference under Rule 16(b)(1)(B), the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

- Plaintiff to disclose expert(s) and serve expert report(s) by April 2, 2026;

- Defendant to disclose expert(s) and/or any rebuttal expert(s) and serve expert report(s) by May 3, 2026;

- Plaintiff to disclose any rebuttal expert(s) and serve rebuttal expert report(s) by June 2, 2026;

- Parties must complete discovery by June 16, 2026;

- Defendant may file motion to compel arbitration at any time before but no later than after the close of discovery;

- Plaintiff must file any motion for class certification by no later than 30 days after the close of discovery, unless a motion to compel arbitration is timely filed above, in which case the motion must be filed no later than 45 days after a denial of the motion to compel arbitration; and

- Dispositive motions must be filed 60 days after the close of discovery, or 60 days after the disposition of any motion for class certification, whichever is later.

**SO ORDERED** this 6th day of November, 2025.

_____
Victoria Marie Calvert
United States District Judge