# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Erin Wilson, on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) Grocery Delivery E-Services USA Inc. ) ) ) ) Defendant. ) ) | CIVIL ACTION FILE NO. 1:25-cv-03262-VMC |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to NDGa Local Rule 83.1(E)(4), counsel for Defendant Grocery Delivery E-Services USA Inc. ("Defendant") hereby give notice of the withdrawal of Ari N. Rothman and Shahin O. Rothermel of Venable LLP. Defendant will continue to be represented by Michael A. Caplan and Jarred A. Klorfein of Caplan Cobb LLC, as well as Lauri A. Mazzuchetti, Whitney M. Smith, Damon W. Suden, and Frances V. McDonald of Kelley, Drye & Warren LLP.

Respectfully submitted, this 18th day of December, 2025.

[signatures on following page]

*/s/ Ari N. Rothman*
Ari N. Rothman *(pro hac vice)*
Jane B. Baber *(pro hac vice)*
**VENABLE LLP**
600 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
*anrothman@venable.com*
*jbbaber@venable.com*

*Withdrawing Counsel*

*/s/ Jarred A. Klorfein*
Michael A. Caplan
Georgia Bar No. 601039
Jarred A. Klorfein
Georgia Bar No. 562965
**CAPLAN COBB LLC**
75 Fourteenth Street, NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
*mcaplan@caplancobb.com*
*jklorfein@caplancobb.com*

Lauri A. Mazzuchetti
*(Pro hac vice pending)*
Whitney M. Smith
*(Pro hac vice pending)*
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, NJ 07940
Tel: (973) 503-5900
Fax: (973) 503-5950
lmazzuchetti@kelleydrye.com
wsmith@kelleydrye.com

Damon W. Suden
*(Pro hac vice pending)*
Frances V. McDonald
*(Pro hac vice pending)*
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
dsuden@kelleydrye.com
fmcdonald@kelleydrye.com

*Counsel for Defendant*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December, 2025, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court for the Northern District of Georgia, using the CM/ECF system, which will send a notification of such filing to all counsel of record.

>  */s/ Jarred A. Klorfein*
>  Jarred A. Klorfein
>  Georgia Bar No. 562965
>
>  *Counsel for Defendants and Counterclaimant*