

**JARRED A. KLORFEIN**
Direct Dial: 404.596.5611
jklorfein@caplancobb.com

January 28, 2026

**BY CM/ECF**

Honorable Victoria M. Calvert
Attn: Courtroom Deputy
1921 Richard B. Russell
Federal Building and U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**Re:** Leave of Absence for Jarred A. Klorfein
*Erin Wilson v. Grocery Delivery E-Services USA Inc.;*
U.S. District Court, NDGA, Civil Case No. 1:25-cv-03262-VMC

Dear Courtroom Deputy:

    I am counsel for Defendant Grocery Delivery E-Services USA Inc. in the above-referenced civil action. Pursuant to Local Rule 83.1(E)(4), I am hereby requesting a leave of absence to tend to personal and/or business matters. The periods of time during which I intend to be away from the practice of law are as follows:

- February 13, 2026 – February 17, 2026
- March 2, 2026 – March 4, 2026
- August 21, 2026
- October 23, 2026

    I respectfully request that no hearings, trials, conferences or other appearances be calendared during this time frame.

    Thank you for your consideration of this matter.

CAPLAN | COBB

Honorable Victoria M. Calvert
Attn: Courtroom Deputy
January 28, 2026
Page 2 of 2

    Best regards.

                                          Very truly yours,

                                          */s/ Jarred A. Klorfein*
                                          Jarred A. Klorfein
                                          Georgia Bar No. 562965
                                          **CAPLAN COBB LLC**
                                          75 Fourteenth Street NE, Suite 2700
                                          Atlanta, Georgia 30309
                                          Tel: (404) 596-5600
                                          Fax: (404) 596-5604
                                          *jklorfein@caplancobb.com*

cc:    Counsel of Record (*by CM/ECF only*)