**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| Erin Wilson, on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 1:25-cv-03262-VMC |
| Grocery Delivery E-Services USA Inc. | ) ) ) | |
| Defendant. | ) ) ) ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

RESPECTFULLY SUBMITTED AND DATED this 1st day of April, 2026.

[signatures on following page]

/s/ *Anthony I. Paronich*
_____
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff*

/s/ *Jarred A. Klorfein*
_____
Michael A. Caplan
Georgia Bar No. 601039
Jarred A. Klorfein
Georgia Bar No. 562965
**CAPLAN COBB LLC**
75 Fourteenth Street, NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
jklorfein@caplancobb.com

Lauri A. Mazzuchetti
*(Pro hac vice)*
Whitney M. Smith
*(Pro hac vice)*
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, NJ 07940
Tel: (973) 503-5900
Fax: (973) 503-5950
lmazzuchetti@kelleydrye.com
wsmith@kelleydrye.com

Damon W. Suden
*(Pro hac vice)*
Frances V. McDonald
*(Pro hac vice)*
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
dsuden@kelleydrye.com
fmcdonald@kelleydrye.com

*Counsel for Defendant*

2